UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

IN RE:  CHAPTER  11
**Torqued-Up Energy Services, Inc.**

DEBTOR(S)  CASE NO

# LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| Albert Adriani | | | |
| Anthony DiNovi | | | |
| B25, LLC | | | |
| Bargus Partnership | | | |
| Benjamin P. Welsh | | | |
| Boras Family Revocable Trust | | | |
| Bradley Tank | | | |
| Brian Harper | | | |
| Cadent Energy Partners I, LP<br>1221 Lamar Street<br>10th Floor, Ste. 1001<br>Houston, TX 77010 | | 43% | Voting Stock |
| Cadent Energy Partners II, LP<br>1221 Lamar St.<br>10th Floor, Ste. 1001<br>Houston, TX 77010 | | 43% | Voting Stock |
| Charles A. Brizius | | | |
| Charles P. Holden Rev T | | | |
| CL Petro, LP | | | |
| Dave Harkins | | | |
| Donald G. Montgomery | | | |
| Donald Straley | | | |
| Douglas McMartin | | | |
| Edward Welsh | | | |
| Ewing Farm Corporation | | | |
| Ewing, Carrel W. & Jayle H. Trust | | | |
| Ganesh Rao | | | |
| Garnet McClure | | | |

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| IN RE: | CHAPTER 11 |
|---|---|
| **Torqued-Up Energy Services, Inc.** | |
| DEBTOR(S) | CASE NO |

## LIST OF EQUITY SECURITY HOLDERS

*Continuation Sheet No. 1*

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| Gary N. Weeks | | | |
| George R. Taylor | | | |
| Great West | | | |
| Greg White | | | |
| Hagerty Partners, LP | | | |
| J25, LLC | | | |
| James F.X. O'Brien | | | |
| James M. Pellicane, Jr. | | | |
| James N. Boras | | | |
| Jay Albrecht | | | |
| Jeff Seal | | | |
| Jeff Swenson | | | |
| Jeffrey W. Kronthal | | | |
| Jim Carlisle | | | |
| John Bendure | | | |
| John Show | | | |
| Johnny McCracken | | | |
| Joseph M. Petri | | | |
| Josh Bresler | | | |
| Josh Nelson | | | |
| Kelly Prentiss | | | |
| Kent R. Weldon | | | |
| Kevin Murphy | | | |
| Levy Family Partners, LLC | | | |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

IN RE:  CHAPTER  11

**Torqued-Up Energy Services, Inc.**

DEBTOR(S)  CASE NO

# LIST OF EQUITY SECURITY HOLDERS

*Continuation Sheet No. 2*

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| Margaret Covell | | | |
| MAS2,LLC | | | |
| McKinzie A. Turner Trust | | | |
| Michael Mackey | | | |
| N25, LLC | | | |
| Petro Capital Holdings, LLC | | | |
| Petro Capital XII, LP | | | |
| Petro Capital/THL Energy Management LLC | | | |
| Petro Capital/THL Energy Management LLC | | | |
| Porter Family Trust | | | |
| PPHB, LP | | | |
| Rich Bressler | | | |
| Richard Brooks | | | |
| Richard Monaghan | | | |
| Robert Hugin | | | |
| Robert M. Belloti | | | |
| Rosalee Cormier | | | |
| Schoen Family 1997 Exempt Trust | | | |
| Scott A. Schoen 2005 Rev T | | | |
| Scott Jaeckel | | | |
| Scott Sperling | | | |
| Scott, Alfred I., Jr. & Sylvia Rev T | | | |
| Seth Lawry | | | |
| Shari Wolkon | | | |
| Soren Oberg | | | |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

IN RE:                                                      CHAPTER   **11**
**Torqued-Up Energy Services, Inc.**


DEBTOR(S)                                                   CASE NO


# LIST OF EQUITY SECURITY HOLDERS

*Continuation Sheet No. 3*

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| Sperling Family Ltd Partnership III | | | |
| Sterling Furniture | | | |
| Tanner L. Koricanek Trust | | | |
| Thomas M. Hagerty | | | |
| Timmy Caldwell | | | |
| Todd M. Abbrecht Revocable Trust | | | |
| Tom Dunn | | | |
| Torqued-Up Oilfield Production Services, | | | |
| Trevor Wells | | | |
| Vivek, Sharma | | | |
| Welsh Family Trust | | | |
| William J. Cunningham | | | |
| Wyatt J. Koricanek Trust | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**CEO**_____ of the _____**Corporation**_____ named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date:__**11/24/2015**_____          Signature:__/s/ Kelly W. Prentiss_____
                                                              *Kelly W. Prentiss*
                                                              **CEO**