B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

IN RE: **Torqued-Up Energy Services, Inc.**                                   Case No.

                                                                              Chapter    **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| CADENT ENERGY SERVICES, LLC<br>4 HIGH RIDGE PARK<br>SUITE 303<br>STAMFORD, CT 06905 | | | | $32,466,873.22 |
| INTERNAL REVENUE SERVICE<br>DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE CENTER<br>OGDEN, UT 84201-0012 | | Taxes | | $532,606.00 |
| RUSH TRUCK LEASING, HOUSTON<br>6300 NORTH LOOP EAST<br>HOUSTON, TX 77026-1934 | | | | $289,282.23 |
| Cadent Management Services, LLC<br>4 High Ridge Park, Suite 303<br>Stamford, CT 06905 | | Loan | | $250,000.00 |
| IPFS CORPORATION<br>P.O. BOX 905849<br>0<br>CHARLOTTE, NC 28290-5849 | | Loan | | $233,477.32 |
| COMPTROLLER OF PUBLIC ACCOUNTS<br>111 E. 17TH STREET<br>AUSTIN, TX 78774-0100 | | | | $208,315.00 |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

IN RE:   **Torqued-Up Energy Services, Inc.**                                    Case No.

                                                                                 Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| QUALITY TUBING, INC.<br>P.O. BOX 9819<br>0<br>HOUSTON, TX 77213 | | | | **$150,381.84** |
| QUALITY TUBING, INC.<br>P.O. BOX 9819<br>0<br>HOUSTON, TX 77213 | | | | **$145,588.69** |
| IPFS CORPORATION<br>P.O. BOX 905849<br>0<br>CHARLOTTE, NC 28290-5849 | | | | **$116,738.66** |
| PACCAR FINANCIAL CORP<br>777 106TH AVE N.E.<br>BELLEVUE, WA 98004 | | | | **$116,146.52** |
| MONROE CREDIT ADVISORS LLC<br>311 S. Wacker Dr., #6400<br>Chicago, Il 60606 | | Loan | | **$35,696.18** |
| BRADSBY GROUP<br>1700 BROADWAY<br>SUITE 1500<br>0<br>DENVER, CO 80290 | | | *Disputed* | **$24,500.00** |
| KRUSE ASSET MANAGEMENT, INC.<br>11202 Disco Dr<br>San Antonio, TX 78216 | | Loan | | **$21,350.00** |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

IN RE:  **Torqued-Up Energy Services, Inc.**                                    Case No.

                                                                                                 Chapter    **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| WELLS FARGO BANK - CREDIT CARD<br>171 17th St. NW<br>MAC 50128-048, 4th Floor<br>Atlanta, GA 30363<br>Reggie Dawson | | Loan | | $20,830.38 |
| CS&P TECHNOLOGIES, LP<br>PO BOX 130<br>0<br>CYPRESS, TX 77410 | | | | $17,631.98 |
| RUSH TRUCK LEASING<br>6300 North Loop East<br>Houston, TX 77026 | | Loan | | $17,316.83 |
| CS&P TECHNOLOGIES, LP<br>PO BOX 130<br>CYPRESS, TX 77410 | | | | $16,101.33 |
| NOV CTES<br>3770 Pollok Drive<br>Conroe, TX 77303 | | Loan | | $15,647.40 |
| NOV CTES<br>3770 Pollok Drive<br>Conroe, TX 77303 | | Loan | | $15,647.40 |
| MERCHANTS AUTOMOTIVE GROUP<br>P. O. BOX 414438<br>0<br>BOSTON, MA 02241-4438 | | | | $15,416.91 |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

IN RE:    **Torqued-Up Energy Services, Inc.**                                                  Case No.

Chapter    **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 3*

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**CEO**_____ of the _____**Corporation**_____ named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date:  **11/24/2015**_____        Signature:  **/s/ Kelly W. Prentiss**_____
                                                                                              *Kelly W. Prentiss*
                                                                                              **CEO**