Torqued-Up Energy Services, Inc.
Cash Collateral Budget

| | Week Ending 11/27/2015 | Week Ending 12/4/2015 | Week Ending 12/11/2015 | Week Ending 12/18/2015 | Week Ending 12/25/2015 | Week Ending 1/1/2016 | Week Ending 1/8/2016 | Week Ending 1/15/2016 | Week Ending 1/22/2016 | Week Ending 1/29/2016 | Week Ending 2/5/2016 | Week Ending 2/12/2016 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Starting Cash** | 683,916 | 899,202 | 829,337 | 1,008,523 | 1,044,546 | 1,210,332 | 1,196,367 | 1,141,867 | 1,050,367 | 1,013,367 | 901,867 | 714,617 | 683,916 |
| **Sources** | | | | | | | | | | | | | |
| Collecting Existing A/R | 215,286 | 215,286 | 215,286 | 215,286 | 215,286 | 215,286 | | | | | | | 1,291,714 |
| Sales taxes | | | | (25,000) | | | | (20,000) | | | | | (45,000) |
| **Uses - Existing Liabililities** | | | | | | | | | | | | | - |
| Payoff Existing Trade Payables | | | | | | | | | | | | | - |
| Payoff Existing Insurance Liability | | (117,000) | | | | (117,000) | | | | | (117,000) | | (351,000) |
| Continue to Pay Senior Debt Interest | | | | | | | | | | | | | - |
| Continue to Pay on Yard Rents | | (22,500) | | | | (22,500) | | | | | (22,500) | | (67,500) |
| Continue to Pay Office Rent | | (6,250) | | | | (6,250) | | | | | (6,250) | | (18,750) |
| Continue to Pay Rent on Air Liquide Tanks | | | | | | | | | | | | | - |
| Continue to Pay other Misc. Operating Leases | | | | | | | | | | | | | - |
| Pay Ad Valorem Taxes when due | | | | | | | | | | | | | - |
| Pay Federal Income Taxes | | | | | | | | | | | | | - |
| Pay State Franchise Taxes | | | | | | | | | | | | | - |
| | | | | | | | | | | | | | - |
| **Uses - Operating Expenses** | | | | | | | | | | | | | - |
| US Trustee | | | | | | | | | (7,500) | | | (2,500) | (10,000) |
| Creditor Committee | | | | | | | (25,000) | | | | | | (25,000) |
| Adequate Prtection Payments | | | | (20,000) | | | | | | (20,000) | | | (40,000) |
| Legal/professional fees | | | | | | | | | | (20,000) | | | (20,000) |
| Credit Card Drafts | | (21,000) | (6,600) | | | | | | | | | | (27,600) |
| Total Payroll | | (68,500) | | (68,500) | | (42,000) | | (42,000) | | (42,000) | | (42,000) | (305,000) |
| Layoff Vacation Payout | | | | (10,000) | | | | | | | | (30,000) | (40,000) |
| Bonus Payroll | | | | | | | | | | | | | - |
| Severance | | | | (46,263) | | | | | | | | (326,192) | (372,455) |
| Contract drivers | | | | | | | | | | | | | - |
| Security | | (6,000) | (6,000) | (6,000) | (6,000) | (6,000) | (6,000) | (6,000) | (6,000) | (6,000) | (6,000) | (6,000) | (66,000) |
| BCBS, Dental, Vision, Life, Colonial | | (20,400) | | | | (12,000) | | | | | (12,000) | | (44,400) |
| Fuel Cards Draft | | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (5,500) |
| Insurance - Renewal on April 1, 2016 | | | | | | | | | | | | | - |
| Required Operating Expenses | | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) | (110,000) |
| Utilities | | (3,000) | (3,000) | (3,000) | (3,000) | (3,000) | (3,000) | (3,000) | (3,000) | (3,000) | (3,000) | (3,000) | (33,000) |
| Data/Software Related Costs | | (3,000) | (3,000) | (3,000) | (3,000) | (3,000) | (3,000) | (3,000) | (3,000) | (3,000) | (3,000) | (3,000) | (33,000) |
| ADP/Bank/Other Fees | | (2,000) | (2,000) | (2,000) | (2,000) | (2,000) | (2,000) | (2,000) | (2,000) | (2,000) | (2,000) | (2,000) | (22,000) |
| Other Miscellaneous | | (5,000) | (5,000) | (5,000) | (5,000) | (5,000) | (5,000) | (5,000) | (5,000) | (5,000) | (5,000) | (5,000) | (55,000) |
| **Ending Cash** | 899,202 | 829,337 | 1,008,523 | 1,044,546 | 1,210,332 | 1,196,367 | 1,141,867 | 1,050,367 | 1,013,367 | 901,867 | 714,617 | 284,425 | 284,425 |