| | | |
|---|---|---|
| Label Matrix for local noticing<br>0540-6<br>Case 15-60796<br>Eastern District of Texas<br>Tyler<br>Tue Nov 24 15:22:17 CST 2015 | 3-D WELDING<br>3016 HWY 123<br>SAN MARCOS, TX 78666-9777 | A AND M SERVICE CO<br>PO BOX 132959<br>TYLER, TX 75713-2959 |
| A&B VALVE AND PIPING SYSTEMS L<br>P.O. BOX 671544<br>DALLAS, TX 75267-1544 | AAXION INC.<br>P.O.BOX 4322<br>TYLER, TX 75712-4322 | ACE MECHANICAL<br>1641 LONE STAR DRIVE<br>ODESSA, TX 79766-9047 |
| ACTION CLEANING SYSTEMS, INC<br>200 WALDRIP<br>GRAND SALINE, TX 75140-1546 | ADVANCED INDUSTRIES<br>P.O. BOX 3127<br>LONGVIEW, TX 75606-3127 | AIP PRODUCTS COMPANY, INC<br>P.O. BOX 14088<br>ODESSA, TX 79768-4088 |
| AJRS ENTERPRISES, INC.<br>P.O. BOX 296<br>MONAHANS, TX 79756-0296 | ALL PRO AUTOMOTIVE<br>701 HWY 79 N.<br>HENDERSON, TX 75652-6107 | ALL STAR FORD<br>1201 W HWY 84<br>FAIRFIELD, TX 75840-2721 |
| AMERICAN SPECIALTY SUPPLY<br>P.O. BOX 388<br>GILMER, TX 75644-0388 | Amegy Bank<br>4400 Post Oak Pkwy<br>4th Floor<br>Houston, TX 77027-3423 | Amegy Bank<br>c/o Jason Cohen<br>Bracewell & Giuliani, LLP<br>711 Louisiana St., Ste 2300<br>Houston, TX 77002-2849 |
| Amegy Bank<br>c/o Trey Wood<br>Bracewell & Giuliani, LLP<br>711 Louisiana St., Ste 2300<br>Houston, TX 77002-2849 | Attorney General - Texas<br>Taxation Division - Bankruptcy<br>PO Box 12548 Capitol St.<br>Austin, TX 78711-2548 | B-LINE FILTER & SUPPLY INC.<br>BOX 4598<br>ODESSA, TX 79760-4598 |
| BAR-M WELDING<br>P.O.BOX 1714<br>KILGORE, TX 75663-1714 | BASIC ENERGY SERVICES<br>9674 HIGHWAY 149<br>LONGVIEW, TX 75603-7490 | BAYLESS AUTO SUPPLY<br>357 W. COMMERCE<br>FAIRFIELD, TX 75840-1431 |
| BENNETT ON-SITE SERVICES, LLC<br>5533 S FM 2087<br>P.O. BOX 7549<br>LONGVIEW, TX 75607-7549 | BEST WESTERN HEBBRONVILLE INN<br>37 E STATE HWY 359<br>HEBBRONVILLE, TX 78361-4428 | BLUE SKY WEED & PEST CONTROL,<br>PO BOX 13742<br>ODESSA, TX 79768-3742 |
| BOB KORICANEK<br>P.O. BOX 865<br>YORKTOWN, TX 78164-0865 | BRADSBY GROUP<br>1700 BROADWAY<br>SUITE 1500<br>DENVER, CO 80290-1726 | BRAKES & WHEELS, INC.<br>3245 KERMIT HWY<br>ODESSA, TX 79764-6492 |
| BRIAN SHULTZ DCPA<br>305 W COMMERCE ST<br>FAIRFIELD, TX 75840-1401 | BRUTE FORCE AND IGNORANCE IRON<br>107 R 370<br>FAIRFIELD, TX 75840 | BURKE WELDING SUPPLY & TOOL CO<br>810 W. SEALY<br>P.O. BOX 1587<br>MONAHANS, TX 79756-1587 |

| | | |
|---|---|---|
| BURL'S COLLISION CENTER INC.<br>1207 N. FRISCO STREET<br>HENDERSON, TX 75652-6923 | BUSINESS SUITES SUGAR CREEK<br>14090 SOUTHWEST FREEWAY, STE 300<br>SUGARLAND, TX 77478-3679 | CADENT ENERGY PARTNERS<br>800 WESTCHESTER AVENUE<br>SUITE 617 NORTH<br>RYE BROOK, NY 10573-1354 |
| CADENT ENERGY SERVICES, LLC<br>4 HIGH RIDGE PARK<br>SUITE 303<br>STAMFORD, CT 06905-1325 | CASSITY JONES HENDERSON<br>1209 HWY 70 N<br>HENDERSON, TX 75652 | CENTURY GRAPHICS & SIGN, INC.<br>P O BOX 1191<br>MIDLAND, TX 79702-1191 |
| CINTAS FIRE 636525<br>PO BOX 631025<br>CINCINNATI, OH 45263-1025 | COMDATA PERMITS<br>PO BOX 548<br>BRENTWOOD, TN 37024-0548 | COMPTROLLER OF PUBLIC ACCOUNTS<br>111 E. 17TH STREET<br>AUSTIN, TX 78774-0100 |
| CONSTRUCTION SAFETY PRODUCTS<br>359 MOUNT ZION ROAD<br>SHREVEPORT, LA 71106-6565 | CONTRACTORS BUILDING SUPPLY CO<br>408 W. MARSHALL<br>LONGVIEW, TX 75601-5345 | CORPORATE LODGING CONSULTANTS,<br>P O BOX 534722<br>ATLANTA, GA 30353-4722 |
| CS&P TECHNOLOGIES, LP<br>PO BOX 130<br>CYPRESS, TX 77410-0130 | CUSTOM HOSE & SUPPLY<br>P.O. BOX 679<br>PALESTINE, TX 75802-0679 | CUSTOM TRUCK & EQUIPMENT, LLC<br>7701 E 24 HIGHWAY<br>KANSAS CITY, MO 64125 |
| Cadent Management Services, LLC<br>4 High Ridge Park, Suite 303<br>Stamford, CT 06905-1325 | DISA INC.<br>P. O. BOX 120314<br>DALLAS, TX 75312-0314 | DISH 8255-7070-8455-1022<br>DEPT 0063<br>PALATINE, IL 60055-0063 |
| DIXIE IRON WORKS INC<br>300 WEST MAIN STREET<br>ALICE, TX 78332-4574 | DIXIE PAPER CO. INC,<br>PO BOX 103729<br>TYLER, TX 75713 | DOGGETT FREIGHTLINER OF SOUTH<br>8700 IH-10 EAST<br>CONVERSE, TX 78109-9722 |
| DUTCHER-PHIPPS CRANE & RIGGING<br>BOX 910<br>MONAHANS, TX 79756-0910 | EAST TEXAS COPY SYSTEMS<br>4545 OLD JACKSONVILLE HWY.<br>TYLER, TX 75703-0527 | EAST TEXAS FIRE PROTECTION, LT<br>300 N. CHURCH ST.<br>PALESTINE, TX 75801-2957 |
| EAST TEXAS TRUCK EQUIPMENT<br>PO BOX 5308<br>LONGVIEW, TX 75608-5308 | EDDIE'S AUTOBODY & TIRE<br>475 WEST COMMERCE<br>FAIRFIELD, TX 75840-1403 | ELAINES ESTATES LP<br>150 SHANNON DR<br>NEW CASTLE, PA 16105-1356 |
| ENERGY PRODUCTS, INC<br>P O BOX 9471<br>TULSA, OK 74157-0471 | FAIRWAY FORD HENDERSON<br>P.O. BOX 280<br>HENDERSON, TX 75653-0280 | FAMILY MEDICAL CENTER OF MONAH<br>405 SOUTH MAIN STREET<br>SUITE 100<br>MONOHANS, TX 79756-4507 |

| | | |
|---|---|---|
| FEHRS INDUSTRIAL MANUFACTURING<br>373 CR 305<br>P.O. BOX 2134<br>SEMINOLE, TX 79360-1908 | FLEET PRIDE<br>P.O. BOX 847118<br>DALLAS, TX 75284-7118 | FR GIRLS OF TEXAS, INC.<br>23781 MYSTERY DOWN DRIVE<br>LINDALE, TX 75771-5483 |
| FREESTONE CHRYSLER JEEP DODGE<br>PO BOX 756<br>FAIRFIELD, TX 75840-0014 | FREESTONE COUNTY TAX OFFICE<br>LISA FOREE, RTA, TAX ASSESSOR/COLLECTOR<br>PO BOX 257<br>FAIRFIELD, TX 75840-0005 | GARY B. BARBER, SMITH COUNTY TAX OFFICE<br>P.O. BOX 2011<br>TYLER, TX 75710-2011 |
| GCR TRUCK TIRE CENTER<br>409 N. EASTMAN RD.<br>LONGVIEW, TX 75601-6911 | GE CAPITAL<br>P O BOX 740425<br>ATLANTA, GA 30374-0425 | GE CAPITAL - 8737257-001<br>P O BOX 536447<br>ATLANTA, GA 30353-6447 |
| GE Capital Commercial Inc.<br>c/o General Electric Capital Corp.<br>500 W. Monroe St.<br>Chicago, IL 60661-3688 | GE FLEET SERVICES<br>P O BOX 100363<br>ATLANTA, GA 30384-0363 | GELCO Corp. d/b/a GE Fleet Svc.<br>PO Box 35710<br>Billings, MT 59107-5710 |
| GOOD SHEPHERD OCCUPATIONAL MED<br>103 W. LOOP 281, STE: 700<br>LONGVIEW, TX 75605-4660 | Gelco Corporation dba GE Fleet Services<br>Three Capital Drive<br>Eden Prairie, MN 55344-3889 | General Electric Capital Corp.<br>300 E. John Carpenter Frwy, Ste. 204<br>Irving, TX 75062-2727 |
| HERITAGE-CRYSTAL CLEAN, LLC<br>13621 COLLECTIONS<br>CENTER DRIVE<br>CHICAGO, IL 60693-0136 | HOLIDAY INN EXPRESS - VICTORIA<br>111 HUVAR STREET<br>VICTORIA, TX 77904-1557 | HOSE POWER USA<br>50 INDUSTRIAL LOOP N<br>ORANGE PARK, FL 32073-6258 |
| I-45 TIRE & WRECKER<br>6001 S. I-45 E<br>ANGUS, TX 75109 | INTERNAL REVENUE SERVICE<br>DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE CENTER<br>OGDEN, UT 84201-0012 | INTERSTATE BATTERIES OF TYLER<br>1920 NNW LOOP 323<br>TYLER, TX 75702-1662 |
| (p)IPFS CORPORATION<br>30 MONTGOMERY STREET<br>SUITE 1000<br>JERSEY CITY NJ 07302-3865 | IRON MOUNTAIN<br>P O BOX 915004<br>DALLAS, TX 75391-5004 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| JACK B. KELLEY LLC<br>PO BOX 15530<br>AMARILLO, TX 79105-5530 | JEFE'S WELDING CO., LLC<br>234 CR 1171<br>FAIRFIELD, TX 75840 | JIM'S RENTAL SERVICE<br>PO BOX 504<br>LAIRD HILL, TX 75666-0504 |
| JK'S STARTER AND ALTERNATOR<br>4813 W OAK ST<br>PALESTINE, TX 75801-5437 | Jim Wells COUNTY APPRAISAL DISTRICT<br>P.O. BOX 607<br>ALICE, TX 78333-0607 | K E ANDREWS & COMPANY<br>1900 DALROCK ROAD<br>ROWLETT, TX 75088-5526 |

KENT TIRE CO.
P O BOX 467
MONAHANS, TX 79756-0467

KIRK SHIELDS, TAX ASSESSOR - 2012 CITY O
P.O. BOX 1431
LONGVIEW, TX 75606-1431

KIRK SHIELDS, TAX ASSESSOR - 2012 SABINE
P.O. BOX 1431
LONGVIEW, TX 75606-1431


KIRK SHIELDS, TAX ASSESSOR - 2013 CITY O
P.O. BOX 1431
LONGVIEW, TX 75606-1431

KIRK SHIELDS, TAX ASSESSOR - 2013 KILGOR
P.O. BOX 1431
LONGVIEW, TX 75606-1431

KIRK SHIELDS, TAX ASSESSOR - 2013 SABINE
P.O. BOX 1431
LONGVIEW, TX 75606-1431


KIRK SHIELDS, TAX ASSESSOR - 2014 CITY O
P.O. BOX 1431
LONGVIEW, TX 75606-1431

KIRK SHIELDS, TAX ASSESSOR - 2014 KILGOR
P.O. BOX 1431
LONGVIEW, TX 75606-1431

KIRK SHIELDS, TAX ASSESSOR - 2014 SABINE
P.O. BOX 1431
LONGVIEW, TX 75606-1431


KRUSE ASSET MANAGEMENT, INC.
11202 Disco Dr
San Antonio, TX 78216-2860

LANITA WHITEHEAD, TAX ASSESSOR/COLLECTOR
202 NORTH MAIN STREET
P.O. BOX 988
HENDERSON, TX 75653-0988

LAWSON PRODUCTS, INC
2689 PAYSPHERE CIRCLE
CHICAGO, IL 60674-0026


LOBO TRANSPORT INC.
700 W 45TH ST.
MONAHANS, TX 79756-7931

LONE STAR CRYOGENICS
500 GLEN FLORA RD
EAGLE LAKE, TX 77434-2860

LUBRICATION ENGINEERS, INC.
PO BOX 16025
WICHITA, KS 67216-0025


MATHESON TRI - GAS
2121 E. I-20 SVC RD
ODESSA, TX 79766

MATT TURNER
P.O. BOX 127
HENDERSON, TX 75653-0127

MCCLAIN & ASSOCIATES
PO BOX 6854
LONGVIEW, TX 75608-6854


MCGRIFF, SEIBELS & WILLIAMS OF
811 TOWN AND COUNTRY LANE
SUITE 50
HOUSTON, TX 77024

MCMURRAY SIGNS & GRAPHICS
P.O. BOX 2405
HENDERSON, TX 75653-2405

MERCHANTS AUTOMOTIVE GROUP
P. O. BOX 414438
BOSTON, MA 02241-4438


MHC - KENWORTH
5565 EAST LOOP 281 SOUTH
PO BOX 369 (75606-0369)
LONGVIEW, TX 75606-0369

MIDSTATE ENVIRONMENTAL SVCS
PO BOX 261180
CORPUS CHRISTI, TX 78426-1180

MIDWEST HOSE & SPECIALTY, INC.
PO BOX 96558
OKLAHOMA CITY, OK 73143-6558


MOBILE MODULAR MANAGEMENT CORP
4445 E. SAM HOUSTON PARKWAY SOUTH
PASADENA, TX 77505-3912

MONAHANS SERVICE PARTS, INC.
408 E. SEALY
MONAHANS, TX 79756-3997

MONROE CREDIT ADVISORS LLC
311 S. Wacker Dr., #6400
Chicago, Il 60606-6710


MOTION INDUSTRIES
2201 SOUTH EASTMAN RD
LONGVIEW, TX 75602-4507

MUSIC MOUNTAIN SPRING WATER
PO BOX 2252
BIRMINGHAM, AL 35246-0031

NATIONAL OILWELL VARCO
PO BOX 200838
DALLAS, TX 75320-0838

| | | |
|---|---|---|
| NAVASOTA VALLEY ELECTRIC COOPE<br>P.O. BOX 848<br>FRANKLIN, TX 77856-0848 | NOV CTES<br>3770 Pollok Drive<br>Conroe, TX 77303-5703 | P&W IRON WORKS, LLC<br>403 STATE HWY 135 N<br>KILGORE, TX 75662-2450 |
| P&W SALES INC<br>307 S COMMERCE ST<br>KILGORE, TX 75662-2435 | PACCAR FINANCIAL CORP<br>777 106TH AVE N.E.<br>BELLEVUE, WA 98004-5027 | PICS AUDITING, LLC<br>PO BOX 51387<br>IRVINE, CA 92619-1387 |
| POINT SPRING & DRIVESHAFT COMP<br>7307 GRAND AVENUE<br>PITTSBURGH, PA 15225-1043 | PPC LUBRICANTS, INC.<br>305 MICRO DRIVE<br>JONESTOWN, PA 17038-8744 | PRAXAIR DISTRIBUTION<br>2301 SE CREEKVIEW DR<br>ANKENY, IA 50021-8500 |
| PRECISION HYDRAULIC TECHNOLOGY<br>P.O. BOX 2232<br>ODESSA, TX 79760-2232 | PREMIER TRUCK GROUP<br>4200 PORT BLVD<br>DALLAS, TX 75241-7637 | PRO-FLO CHEMICAL, LLC<br>1708 TWILA LN<br>CONROE, TX 77301-1157 |
| PUMPING SERVICES<br>P.O. BOX 1991<br>PALESTINE, TX 75802-1991 | PURVIS INDUSTRIES LTD.<br>10500 N. STEMMONS<br>DALLAS, TX 75220-2425 | (p)PACCAR FINANCIAL CORP<br>P O BOX 1518<br>BELLEVUE WA 98009-1518 |
| QUALITY TUBING, INC.<br>P.O. BOX 9819<br>HOUSTON, TX 77213-0819 | REAGENT CHEMICAL & RESEARCH, I<br>115 US HIGHWAY 202<br>RINGOES, NJ 08551-1913 | REPUBLIC SERVICES |
| ROBERT'S COFFEE & VENDING SERV<br>343 JOHNNY CLARK RD<br>LONGVIEW, TX 75603-4303 | ROWE WELDING<br>P.O. BOX 1367<br>MONAHANS, TX 79756-1367 | RUSH TRUCK<br>6300 NORTH LOOP WEST<br>HOUSTON, TX 77026 |
| RUSH TRUCK LEASING<br>6300 North Loop East<br>Houston, TX 77026-1934 | RUSH TRUCK LEASING, HOUSTON<br>6300 NORTH LOOP EAST<br>HOUSTON, TX 77026-1934 | Rush Truck Leasing, Inc.<br>6300 N. Loop East 610<br>Houston, TX 77026-1934 |
| SAF-T-BOX, LP<br>20540 HWY 46 W. STE 115 PMB 620<br>SPRING BRANCH, TX 78070-6825 | SAFETY INTERNATIONAL<br>P.O. BOX 201791<br>DALLAS, TX 79788 | SHELDON ISD TAX OFFICE<br>11411 C.E. KING PARKWAY<br>SUITE A<br>HOUSTON, TX 77044-7192 |
| SKEEN'S DIESEL SERVICE<br>P O BOX 3268<br>ODESSA, TX 79760-3268 | STEWART & STEVENSON SERVICES<br>P.O. BOX 200441<br>HOUSTON, TX 77216-0441 | SUDDENLINK 100001-8609-7086084<br>PO BOX 660365<br>DALLAS, TX 75266-0365 |

| | | |
|---|---|---|
| SUDDENLINK 10001-3014-71606390<br>P O BOX 660365<br>DALLAS, TX 75266-0365 | SUNSOURCE<br>2301 WINDSOR CT.<br>ADDISON, IL 60101-1460 | SUSIE DREYER, TAX ASSESSOR<br>115 N. GONZALES<br>P.O. BOX 489<br>CUERO, TX 77954-0489 |
| Jason R. Searcy<br>P. O. Box 3929<br>Longview, TX 75606-3929 | Joshua P. Searcy<br>Searcy & Searcy, P.C.<br>PO Box 3929<br>Longview, TX 75606-3929 | Securities and Exchange Commission<br>Farol Parco, Bankruptcy Counsel<br>Burnett Plaza, Suite 1100<br>801 Cherry Street, Unit 18<br>Fort Worth, TX 76102-6882 |
| (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION<br>PO BOX 13528<br>AUSTIN TX 78711-3528 | TAABS PRINTING<br>1701 W FRONT<br>TYLER, TX 75702-6824 | TEXAS AIR HYDRAULICS<br>PO BOX 2785<br>LONGVIEW, TX 75606-2785 |
| TEXAS OIL TOOLS<br>PO BOX 2327<br>CONROE, TX 77305-2327 | TOP LINE RENTAL, LLC<br>450 HWY 79E<br>HENDERSON, TX 75653 | TOTAL EQUIPMENT AND SERVICE<br>4801 GLEN ROSE HWY<br>GRANBURY, TX 76048-6214 |
| TRI-CITIES SUPPLY COMPANY<br>P.O.BOX 1723<br>KILGORE, TX 75663-1723 | TYLER TRUCK CENTER<br>1047 NORTHEAST LOOP 323<br>TYLER, TX 75708-1001 | Texas Workforce Commission<br>TWC Building<br>101 E 15th Street<br>Austin, TX 78778-0001 |
| Torqued-Up Energy Services, Inc.<br>110 North College Ave.<br>Suite 1000<br>Tyler, TX 75702-7240 | U.S. Attorney General<br>Department of Justice<br>Main Justice Building<br>10th & Constitution Ave., NW<br>Washington, DC 20530-0001 | UNITED ENGINES<br>PO BOX 960110<br>OKLAHOMA CITY, OK 73196-0110 |
| UP STREAM DOWN STREAM SOLUTION<br>103 N ARANSAS ST<br>STE. B<br>ALICE, TX 78332-4817 | UPS - F7F180<br>P.O. BOX 7247-0244<br>PHILADELPHIA, PA 19170-0001 | UPS 9R74W3<br>PO BOX 7247-0244<br>PHILADELPHIA, PA 19170-0001 |
| US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 | United States Attorney<br>110 N College Ave<br>Suite 700<br>Tyler, TX 75702-0204 | VIATRAN CORPORATION<br>P.O. BOX 934811<br>ATLANTA, GA 31193-4811 |
| W. JOE SHAW, LTD DBA<br>P.O. BOX 1929<br>MARSHALL, TX 75671-1929 | WACO FREIGHTLINER<br>4800 NORTH INTERSTATE 35<br>WACO, TX 76705-7024 | WALMART VISION CENTER<br>2701 EAST MAIN<br>ALIVE, TX 78332-4194 |
| WARD COUNTY TAX ASSESSOR COLLECTOR<br>P.O. BOX 290<br>MONAHANS, TX 79756-0290 | WELLS FARGO BANK<br>171 17th St. NW<br>MAC 50128-048, 4th Floor<br>Atlanta, GA 30363-1032<br>Reggie Dawson | WELLS FARGO BANK - CREDIT CARD<br>171 17th St. NW<br>MAC 50128-048, 4th Floor<br>Atlanta, GA 30363-1032<br>Reggie Dawson |

| | | |
|---|---|---|
| WEST TEXAS WINDSHIELDS<br>926 N. GRANDVIEW<br>ODESSA, TX 79761-3139 | WESTERN MARKETING, INC.<br>3302 E. SLATON HWY.<br>LUBBOCK, TX 79404-6910 | WESTSTAR AUTOPLEX<br>401 E. IH 20<br>MONAHANS, TX 79756-7456 |
| WILSON STARTER, GEN & ALT SVCS<br>1027 LEE STREET<br>MINDEN, LA 71055-5062 | YATES BUICK GMC, INC<br>215 HWY 79 SOUTH<br>HENDERSON, TX 75654-3605 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| IPFS CORPORATION<br>P.O. BOX 905849<br>CHARLOTTE, NC 28290-5849 | Paccar Financial Corp.<br>1700 Woodbrook St.<br>Denton, TX 76205 | State Comptroller<br>Capitol Station<br>Austin, TX 78774 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)ACE HARDWARE MONAHANS | (u)ADP, INC. | (u)AIR LIQUIDE INDUSTRIAL U.S. LP |
| (u)AIRGAS USA, LLC | (d)ALL PRO AUTOMOTIVE<br>701 HWY 79 N.<br>HENDERSON, TX 75652-6107 | (u)AMERICAN SALES & SERVICE, INC. |
| (u)APPTIX INC | (u)AVIS LUBE FAST OIL CHANGE CENT | (u)AVIS LUBE FAST OIL CHANGE CENTERS |
| (d)B-LINE FILTER & SUPPLY INC.<br>BOX 4598<br>ODESSA, TX 79760-4598 | (d)BASIC ENERGY SERVICES<br>9674 HIGHWAY 149<br>LONGVIEW, TX 75603-7490 | (d)BAYLESS AUTO SUPPLY<br>357 W. COMMERCE<br>FAIRFIELD, TX 75840-1431 |
| (u)BEARING SERVICE & SUPPLY | (u)BELL SUPPLY COMPANY LLC | (u)BOOT BARN |

| | | |
|---|---|---|
| (u)BOSS CRANE & RIGGING | (u)BRYAN S. WHITING | (d)BURL'S COLLISION CENTER INC.<br>1207 N. FRISCO STREET<br>HENDERSON, TX 75652-6923 |
| (u)CHALLENGER PIPE & SUPPLY | (u)CHEMPLEX SOLVAY GROUP | (u)CITRIX SYSTEMS INC. |
| (d)CONSTRUCTION SAFETY PRODUCTS<br>359 MOUNT ZION ROAD<br>SHREVEPORT, LA 71106-6565 | (u)CRANE WORKS RENTAL | (d)CS&P TECHNOLOGIES, LP<br>PO BOX 130<br>CYPRESS, TX 77410-0130 |
| (u)CUSTOM HOSE LLC | (u)D & C CLEANING INC. | (u)DISCOUNT TIRE AND BRAKE |
| (d)DIXIE PAPER CO. INC,<br>PO BOX 103729<br>TYLER, TX 75713 | (u)DO NOT USE -  (SEE IKO001) RIC | (u)EAST TEXAS CONSOLIDATED SUPPLY |
| (d)EDDIE'S AUTOBODY & TIRE<br>475 WEST COMMERCE<br>FAIRFIELD, TX 75840-1403 | (d)FAIRWAY FORD HENDERSON<br>P.O. BOX 280<br>HENDERSON, TX 75653-0280 | (u)FASTENAL COMPANY |
| (d)FLEET PRIDE<br>P.O. BOX 847118<br>DALLAS, TX 75284-7118 | (u)FORREST TIRE | (u)GCR TIRE CENTER |
| (u)GE CAPITAL - 8730023-001 | (u)H. LORIMER CORPORATION | (u)HYDRA RIG |
| (u)HYDRADYNE HYDRAULICS, LLC | (u)I-45 WRECKER & TIRE SERVICE | (u)J. J.  KELLER & ASSOCIATES, IN |
| (u)LOUISIANA DEPT. OF TRANS. & DE | (d)MERCHANTS AUTOMOTIVE GROUP<br>P. O. BOX 414438<br>BOSTON, MA 02241-4438 | (u)MHC KENWORTH |

| | | |
|---|---|---|
| (u)MONAHANS AFFORDABLE HOMES | (u)NATIONAL OILWELL VARCO - PRES | (u)NITRO CONSTRUCTION |
| (u)NOONDAY COFFEE SERVICE | (u)P & W SALES, INC. | (u)PITNEY BOWES-RENTAL - 8000-900 |
| (u)POINT SPRING & DRIVESHAFT COMPANY | (d)PPC LUBRICANTS, INC.<br>305 MICRO DRIVE<br>JONESTOWN, PA 17038-8744 | (d)PRO-FLO CHEMICAL, LLC<br>1708 TWILA LN<br>CONROE, TX 77301-1157 |
| (u)PRO-FLO SEALS & GASKETS | (d)PUMPING SERVICES<br>P.O. BOX 1991<br>PALESTINE, TX 75802-1991 | (d)QUALITY TUBING, INC.<br>P.O. BOX 9819<br>HOUSTON, TX 77213-0819 |
| (u)R & H MACHINE, LLC | (d)RUSH TRUCK<br>6300 NORTH LOOP WEST<br>HOUSTON, TX 77026 | (u)SAFETY-KLEEN SYSTEMS INC. |
| (u)SOUTHERN TRANSPORT INC. | (u)SPARKLETTS - 40321408126279 | (u)SPM FLOW CONTROL, INC. |
| (u)STEWART & STEVENSON - PO 20044 | (u)SUPREME ELECTRICAL SERVICES, INC | (u)T. BRUCE CAMPBELL CONSTRUCTION |
| (u)TELETRAC, INC. | (d)TOTAL EQUIPMENT AND SERVICE<br>4801 GLEN ROSE HWY<br>GRANBURY, TX 76048-6214 | (u)TOTAL OFFICE SOLUTIONS OF WEST |
| (u)TRIBRIDGE HOLDINGS, LLC | (d)TYLER TRUCK CENTER<br>1047 NORTHEAST LOOP 323<br>TYLER, TX 75708-1001 | (u)WAGNER'S WHEEL ALINEMENT, INC. |
| (d)WALMART VISION CENTER<br>2701 EAST MAIN<br>ALIVE, TX 78332-4194 | (d)WESTERN MARKETING, INC.<br>3302 E. SLATON HWY.<br>LUBBOCK, TX 79404-6910 | End of Label Matrix<br>Mailable recipients    184<br>Bypassed recipients     74<br>Total                  258 |